UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

      -against-

BRUCE L. GROSSMAN and JONATHAN
R. CURSHEN,

                Defendants.

**ORDER**

08 Civ. 07893 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there will be a conference in this matter on **October 2, 2012 at 12:30 p.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York to discuss Defendant Jonathan R. Curshen's motion to dismiss and for sanctions based on the purported failure of the United States Attorney's Office for the Southern District of New York to file status reports updating the Court as to the progress of Defendant Curshen's related criminal action.

Dated: New York, New York
       September 7, 2012

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/12