

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

BRUCE L. GROSSMAN and JONATHAN R. CURSHEN,

                Defendants.

**ORDER**

08 Civ. 07893 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties at the October 4, 2012 conference, it is hereby ORDERED that Defendant Jonathan Curshen will respond to the Complaint in this matter by **November 19, 2012.** It is further ORDERED that the SEC will file its opposition to Curshen's pending motion to dismiss by **October 25, 2012.**

The following briefing schedule will apply to the SEC's motion for summary judgment:

1. The SEC will file its motion by **December 19, 2012.**

2. Curshen will file his opposition by **February 19, 2013.**

3. The SEC's reply, if any, will be due on **March 5, 2013.**

The stay of proceedings previously issued in this matter is hereby lifted.

Dated: New York, New York
       October 5, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge