```
                                              ┌─────────────────────────────────┐
                                              │ USDC SDNY                        │
                                              │ DOCUMENT                         │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED             │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #: _____         │
                                              │ DATE FILED: 10/22/13             │
                                              └─────────────────────────────────┘
SECURITIES AND EXCHANGE
COMMISSION,

                     Plaintiff,                        ORDER

        -against-                                 08 Civ. 07893 (PGG)

JONATHAN R. CURSHEN,

                     Defendant.
```

PAUL G. GARDEPHE, U.S.D.J.:

On December 19, 2012, Plaintiff served a notice of motion for summary judgment and supporting documents on Defendant. (Dkt. No. 31)  Plaintiff served the Defendant at the Federal Correctional Institution (FCI) Fort Dix, P.O. Box 2000, in Fort Dix, New Jersey, which was the address Defendant had on file with the Court at that time.  (Id.)

By Order of this Court dated February 28, 2013, Defendant had until May 20, 2013, to file his opposition to Plaintiff's motion. (Dkt. No. 38)  As of the date of this Order, no opposition has been filed.

On July 2, 2013, Defendant provided the Court with notice of a change of address, listing FCI Fort Dix, P.O. Box 38, in Fort Dix, New Jersey as his new address, effective June 24, 2013. (Dkt. No. 49)  Out of an abundance of caution, **the Clerk of the Court is directed to mail a copy of Plaintiff's motion papers (Dkt. Nos. 43-44 and 46-47) and this Order to Jonathan Curshen, FCI Fort Dix, Federal Correctional Institution, P.O. Box 38, Fort Dix, New Jersey 08640-0902.**  Defendant shall have until **November 20, 2013** to file an opposition to Plaintiff's motion for summary judgment.  If Defendant does not file an opposition by that date, Plaintiff's motion will be deemed unopposed.  If Defendant files an opposition,

Plaintiff shall have until **December 4, 2013** to file a reply.

Dated: New York, New York
       October 21, 2013

                          SO ORDERED.

                          _____

                          Paul G. Gardephe
                          United States District Judge